```
                                              FILED
                                         17 MAY 31 PM 12: 21
                                       CLERK US DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

            UNITED STATES DISTRICT COURT
                                         BY____M/L_____ DEPUTY
            SOUTHERN DISTRICT OF CALIFORNIA

                 January 2016 Grand Jury
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR1409W |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| ROSA DE ARCOS, | |
| Defendant. | |

The grand jury charges:

On or about May 8, 2017, within the Southern District of California, defendant ROSA DE ARCOS did knowingly and intentionally import 5 kilograms and more of cocaine, to wit: approximately 15.68 kilograms (34.49 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 31, 2017.

A TRUE BILL:

/s/ Susan Duffy
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: /s/
ERIC G. ROSCOE
Assistant U.S. Attorney

EGR:nlv:San Diego
5/30/17