FILED

17 SEP 27 PM 3:20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 17CR1409-W |
|---|---|
| Plaintiff, | I N D I C T M E N T <br> (Superseding) |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Fentanyl |
| ROSA DE ARCOS, | |
| Defendant. | |

The grand jury charges:

On or about May 8, 2017, within the Southern District of California, defendant ROSA DE ARCOS did knowingly and intentionally import 400 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 15.68 kilograms (34.49 pounds), of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 27, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:nlv:San Diego
9/26/17